**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JEROME GOUVEIA,

                Plaintiff,
    -against-                                                 21 **CIVIL** 8710 (JPO)

                                                                        **<u>JUDGMENT</u>**
MOUNT SINAI HEALTH SYSTEMS, INC., et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2023, Defendant's motion for summary judgment is GRANTED with respect to Plaintiff's Title VII and Section 1981 claims, and those claims are hereby dismissed with prejudice. The remaining claims under the NYSHRL and NYCHRL are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
       September 29, 2023

                                                      **RUBY J. KRAJICK**
                                                    _____
                                                        **Clerk of Court**

                      **BY:**        *K. Mango*
                                                     _____
                                                       **Deputy Clerk**